UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE CRESCENT TOWING & SALVAGE CO., INC. AS OWNER AND OPERATOR OF THE M/V MARGARET F. COOPER, PRAYING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | * * * * * * * * | ADMIRALTY – RULE 9(h)  NO. 08-452-RET-SCR  JUDGE  MAGISTRATE |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER APPROVING PLAINTIFF'S AFFIDAVIT OF VALUATION AND *AD INTERIM* STIPULATION AND DIRECTING ISSUANCE OF NOTICE TO CLAIMANTS AND RESTRAINING PROSECUTION OF CLAIMS

COMPLAINT having been filed herein by Petitioners CRESCENT TOWING & SALVAGE CO., INC., as owners and operators of the M/V MARGARET F. COOPER, for exoneration from or limitation of liability pursuant to 46 USC § 30505 and Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims for any loss, damage, death, injury or destruction allegedly caused by or resulting from the voyages of the M/V MARGARET F. COOPER on or about 10 February 2007, when the M/V MARGARET F. COOPER was assisting of the M/T KITION to turn to sea as directed by a compulsory pilot, as more fully described in the Complaint, and Petitioners having deposited $250.00 into the Registry of the Court in lieu of a bond for costs, and Petitioners having filed an affidavit of value of the said vessel and the statement of pending freight, and surety bond, all as required by the rules of this Court and the law; NOW, THEREFORE, upon motion of Preis & Roy, attorneys for Petitioner:

Finance

1. IT IS ORDERED that the funds in the sum of $250.00 deposited into the Registry of the Court by Petitioners in lieu of a bond for costs, be accepted and approved as to quantum and form; and

2. IT IS FURTHER ORDERED that the affidavit of value, Surety Bond for the value of Petitioner's interest in the M/V MARGARET F. COOPER and the pending freight for services and/or charter hire in the Principal amount of US $855,650, with interest thereon at a rate of 6% per annum from the date thereof, executed by Petitioner as principal, and by Travelers Casualty and Surety Company of America, as Surety, and filed herein by Petitioner, be accepted as a stipulation for value for the purpose of the limitation proceeding and that it be approved as to form, quantum and surety; and

3. IT IS FURTHER ORDERED that Petitioner and any claimant who may properly become a party hereto may contest the amount or value of Petitioners' interest in the M/V MARGARET F. COOPER and the pending freight, and may move the Court for due appraisal of said interest and may apply to have the amount increased or diminished, as the case may be, or the determination of the Court of the amount or value of said interest; and

4. IT IS FURTHER ORDERED that a notice shall be issued out of and under the seal of this Court to all persons

asserting claims with respect to which the Complaint seeks exoneration or limitation, admonishing them to file their respective claims with the Clerk of Court, in writing, and to serve on the aforementioned attorneys for the Petitioner a copy thereof on or before the 12th day of September, 2008, or be defaulted and that if any claimant desires to contest either the right to exoneration from or the right to limitation of liability, he shall file and serve on attorneys for Petitioners an Answer to the Complaint on or before the said date unless his claim has included an answer to the Complaint so designated, or be defaulted; and

5. IT IS FURTHER ORDERED that the aforesaid Notice shall be published in the form required by Supplemental Rule F of the Federal Rules of Civil Procedure and Local Admiralty Rule 64.5 once per week for four successive weeks prior to the date fixed for the filing of claims in a newspaper of general circulation published in the City of Baton Rouge, State of Louisiana, namely the "The Advocate" and copies of the Notice shall also be mailed in accordance with Rule F and Local Admiralty Rule 64.5; and

6. IT IS FURTHER ORDERED that the commencement and/or further prosecution of any action or proceeding against the Petitioners, the M/V MARGARET F. COOPER or any of Petitioners' property with respect to any claim for which

    Petitioners seek exoneration from or limitation of liability, including any claim arising out of or connected in any way with any loss, damage, death, injury or destruction resulting from the casualty, alleged incident and/or accident described in the Complaint be, and the same is, hereby stayed and restrained, and all prior orders, rulings or decrees issued in conjunction with any heretofore filed libels or claims be stayed and restrained until the hearing and determination of this proceeding; and

7. IT IS FURTHER ORDERED that Petitioners may make service of this Order as a restraining order through the United States Post Office by mailing a conformed copy thereof to any known person or persons to be restrained, or their respective attorneys, or alternatively, by hand delivery within the delays provided by law

Baton Rouge, Louisiana, this 7th day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE