

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| STATE OF LOUISIANA, THROUGH ITS DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT<br><br>VERSUS<br><br>KITION SHIPPING CO., LTD., ET AL.<br><br>CONSOLIDATED WITH<br><br>IN RE CRESCENT TOWING & SALVAGE CO., INC., AS OWNER AND OPERATOR OF THE M/V MARGARET F. COOPER, PRAYING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NO. 08-77-JVP-CN<br>Consolidated with<br>NO. 08-452-JVP-CN<br><br>This Pleading Applies to No. 08-77-JVP-CN and No. 08-452-JVP-CN |

## ORDER OF VOLUNTARY PARTIAL DISMISSAL WITHOUT PREJUDICE

**CONSIDERING** the foregoing Ex Parte/Consent Motion for Voluntary Partial Dismissal Without Prejudice filed by Plaintiff and Claimant-in-Limitation, State of Louisiana, through its Department of Transportation and Development ("DOTD");

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that DOTD's claims against defendant and Plaintiff-in-Limitation, Crescent Towing & Salvage Co., Inc., in

Civil Action Nos. 08-77-JVP-CN and 08-452-JVP-CN, be and are hereby dismissed, without prejudice, each party to bear its own costs.

**IT IS FURTHER ORDERED** that DOTD's claims against all other defendants in Civil Action No. 08-77-JVP-CN remain in effect.

Baton Rouge, Louisiana, this 7th day of December, 2009.

~~HON. JOHN V. PARKER~~ JAMES J. BRADY
~~SENIOR~~ UNITED STATES DISTRICT JUDGE